ACCEPTED
05-17-01053-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:40 AM
LISA MATZ
CLERK

## No. 05-17-01053-CV

## IN THE FIFTH DISTRICT COURT OF APPEALS
## AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:40:55 AM
LISA MATZ
Clerk

## EARL L. TURNER,
*Appellant*,

## v.

## NATIONSTAR MORTGAGE LLC
*Appellee*.

---

## Appealed from the 68th Judicial District Court, Dallas County, Texas
## The Honorable Martin Hoffman, Presiding

---

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION
## OF BRIEFING DEADLINE

Randall B. Clark (Lead Counsel)
Texas Bar No. 04294900
rclark@mcguirewoods.com
MCGUIREWOODS LLP
600 Travis Street, Suite 7500
Houston, Texas 77002
(832) 214-9946 Phone
(832) 255-6371 Fax

ATTORNEYS FOR APPELLEE
NATIONSTAR MORTGAGE LLC

---

**TO THE HONORBALE COURT OF APPEALS**:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee, Nationstar Mortgage LLC ("Nationstar") file this motion for extension of time to file Appellee's Brief, and in support show as follows:

1.     This is an appeal from the Trial Court's order granting Appellee's motion for traditional summary judgment, entered on August 15, 2017.

2.     Appellant's brief was deemed filed on January 10, 2018.

3.     Appellees' brief is currently due on February 9, 2018.   Appellee seeks a 30-day extension of time until March 12, 2018, within which to file and serve their brief and record excerpts.

4.     The requested extension is not sought for purposed of delay only, but so that justice may be served in this action.  Specifically, Appellee's counsel requests an extension of time to file their brief due to the fact that the undersigned counsel has recently been retained.

5.      As a result, Appellee's counsel will not have sufficient time to complete preparation of Appellee's brief by February 9, 2018. Accordingly, Appellee requests an extension of time of until March 12, 2018, to file their brief so that Appellee will have an adequate time to prepare its brief.

6.     This is Appellee's first request for an extension of time to file their brief. No further requests for extension of tie are anticipated.

7.      This motion is unopposed.

## PRAYER

Appellee, Nationstar Mortgage LLC, respectfully requests that the Court grant an extension of time until March 12, 2018, within which Appellee will file and serve its brief and record excerpts in this appeal.

Dated:  January 31, 2018                    Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Randall B. Clark*
**RANDALL B. CLARK**
Texas Bar No. 04294900
Email: rclark@mcguirewoods.com
600 Travis Street, Suite 7500
Houston, Texas 77002
(832) 214-9946 Phone
(832) 255-6371 Fax

**ATTORNEY FOR APPELLEE
NATIONSTAR MORTGAGE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and via U.S. First Class Mail to the following:

Earl L. Turner
PO BOX 541322
Grand Prairie, TX 75054
4turner4@gmail.com
*Pro Se Appellant*

*/s/ Randall B. Clark*
**RANDALL B. CLARK**